UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

SCOTT SMITH
10421 Shelter Grove
Eden Prairie, Minnesota 55437,

        Plaintiff,        Case No. _____

v.

GOLDSTEIN & MCCLINTOCK LLLP
316 North Milwaukee Street
Suite 201
Milwaukee, Wisconsin 53202,

MATTHEW E. MCCLINTOCK
111 West Washington Street
Suite 1221
Chicago, Illinois 60602,

ABC INSURANCE COMPANY

and

DEF INSURANCE COMPANY,

        Defendants.

**NOTICE OF REMOVAL**

        PLEASE TAKE NOTICE that pursuant to 28 U.S.C. §§ 1441, 1446 and 1452, Defendant Matthew E. McClintock removes this action to the United States District Court for the Eastern District of Wisconsin.

        The Court has subject matter jurisdiction under 28 U.S.C. § 1332. Plaintiff is a citizen of the State of Minnesota. Defendant Matthew E. McClintock is a citizen of the State of Illinois. Defendant Goldstein & McClintock LLLP is an Illinois limited liability limited partnership, and

therefore a citizen of the State of Illinois. Goldstein & McClintock LLLP's general partner is Goldstein & McClintock LLC, an Illinois limited liability company, and therefore a citizen of Illinois and a citizen of every state of which a member of the limited liability company is a citizen. Goldstein & McClintock LLLP has no limited partners. Goldstein & McClintock LLC's only members are Matthew E. McClintock, a citizen of Illinois, and Harley Goldstein, a citizen of Florida. Complete diversity of citizenship is present. More than $75,000.00 is in controversy.

The Court also has subject matter jurisdiction under 28 U.S.C. § 1334, in that this case arises in a case under Title 11 of the United States Code.

The removal is timely. On October 31, 2025, Plaintiff Scott Smith filed a Complaint against Defendants in Circuit Court for Milwaukee County as Case No. 2025CV009475. *See* state Complaint attached as Exhibit 1. Defendant McClintock was served with the summons and complaint on December 12, 2025. Therefore, this Notice of Removal is timely because it is filed within 30 days of first service of Plaintiff's summons and complaint and within one year of the commencement of the action. Further, when the summons and complaint were first served on Defendant Goldstein & McClintock LLC, this action was not removable under 28 U.S.C. § 1441(b)(2). Plaintiff has filed a notice of voluntary dismissal of Defendant Matthew Carlton, a citizen of Wisconsin, thereby eliminating the § 1441(b)(2) restriction. *See* Notice of Voluntary Dismissal and Order of Dismissal attached as Exhibits 2.1 and 2.2 respectively. This Notice of Removal is filed within 30 days of the receipt of Exhibit 2.2 and therefore is timely under 28 U.S.C. § 1446(b)(3).

All defendants consent to removal.

Dated this 22nd day of December, 2025.

                BOARDMAN & CLARK LLP
                By

                *Electronically signed by James E. Bartzen*
                James E. Bartzen, SBN 1003047
                Attorneys for Defendants Goldstein & McClintock LLLP, Matthew E. Carlton, Matthew E. McClintock and Amrit Kapai
                U.S. Bank Plaza, Suite 410
                1 South Pinckney Street
                P.O. Box 927
                Madison, Wisconsin 53701-0927
                (608) 257-9521
                jbartzen@boardmanclark.com