UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

SCOTT SMITH,

              Plaintiff,              Case No. 2:25-cv-02008

v.

GOLDSTEIN MCCLINTOCK LLLP
MATTHEW E. McCLINTOCK
ABC INSURANCE COMPANY and
DEF INSURANCE COMPANY,

              Defendants.

## REPORT OF FED. R. CIV. P. RULE 26(f) MEETING

A telephonic Fed. R. Civ. P. 16(b) scheduling conference is scheduled for March 3, 2026 at 11:30 a.m. Central Time.

Attorney Andrew G. Frank, counsel for plaintiff, and attorney James E. Bartzen, counsel for defendants, met and conferred on January 12, 2026 at 3:00 P.M. by telephone conference for the purpose of conducting the meeting required by F. R. Civ. Pro. 26(f). The parties submit this report of the meeting.

<u>Rule 26(a)1 Disclosures</u>. The parties agreed to identify witnesses and plaintiff's damages by February 27, 2026. The parties agreed to exchange documents by March 13, 2026. Plaintiff has already been provided the applicable insurance policy.

<u>Expert Disclosures</u>. By Plaintiff: June 15, 2026. By Defendants: September 15, 2026.

<u>Changes in Timing, Form or Requirement for Disclosures</u>. The parties do not anticipate a need for changes in timing, form or requirement for disclosures.

Electronically Stored Information.  The parties discussed ESI and agreed on formats for the production of ESI.

Changes in Limitations on Discovery.  The parties do not anticipate the need for changes on the limitation of discovery.

Privilege or Protection of Trial Preparation Materials.  The parties anticipate no issues on this subject.

Resolution of Case.  The parties have discussed settlement issues and are agreeable to mediation at the appropriate time.

Dated:  January 16, 2026

MALLERY sc
By:

*/s/ Andrew G. Frank*
Andrew G. Frank, SBN 1046021
731 North Jackson Street, Suite 900
Milwaukee, WI 53202
414-271-2424 phone
414-271-8678 fax
afrank@mallerysc.com
*Attorneys for Plaintiff*

Dated:  January 16, 2026

BOARDMAN & CLARK LLP
By:

*/s/ James E. Bartzen*
James E. Bartzen, SBN 1003047
U.S. Bank Plaza, Suite 410
1 South Pinckney Street
P.O. Box 927
Madison, WI 53701-0927
608-283-1791 phone
jbartzen@boardmanclark.com
*Attorneys for Defendants*
*Goldstein McClintock LLLP and*
*Matthew E. McClintock*